UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JUAN E DELGADO  
    ANA MARIA DELGADO  
    Debtor(s)

Case No. 09-12023

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>04/04/2009</u>.

2) The plan was confirmed on <u>06/18/2009</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u> NA </u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>10/23/2009</u>.

5) The case was dismissed on <u>02/25/2010</u>.

6) Number of months from filing to last payment: <u>9</u>.

7) Number of months case was pending: <u>13</u>.

8) Total value of assets abandoned by court order: <u> NA </u>.

9) Total value of assets exempted: <u>$42,400.00</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,070.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,070.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,274.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $333.70 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,607.70** |

Attorney fees paid and disclosed by debtor:   $2,226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALL DATA | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE CO | Unsecured | 44.89 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 30,847.25 | 30,847.25 | 30,847.25 | 1,210.97 | 0.00 |
| AMERICAS SERVICING CO | Secured | 2,702.72 | 2,702.72 | 2,702.72 | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 355.65 | 355.65 | 0.00 | 0.00 |
| ASSOCIATED CREDIT SERVICES | Unsecured | 936.13 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,138.83 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,177.83 | 2,177.83 | 2,177.83 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,984.83 | 2,984.83 | 2,984.83 | 0.00 | 0.00 |
| BENNETT & DELONEY | Unsecured | 529.76 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 329.20 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 437.26 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ELGIN | Unsecured | 252.00 | 327.03 | 327.03 | 0.00 | 0.00 |
| CLAIMS ACCOUNTING | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| COMMERICAL RECOVERY CORP | Unsecured | 240.28 | NA | NA | 0.00 | 0.00 |
| DS WATERS | Unsecured | 175.65 | NA | NA | 0.00 | 0.00 |
| DUNDEE ANIMAL HOSPITAL | Unsecured | 1,692.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,436.88 | 1,947.95 | 1,947.95 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 428.19 | 1,038.61 | 1,038.61 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 422.14 | 780.91 | 780.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 348.45 | 444.48 | 444.48 | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG RA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 413.75 | NA | NA | 0.00 | 0.00 |
| GMAC PAYMENT CENTER | Unsecured | 6,805.99 | NA | NA | 0.00 | 0.00 |
| GMAC PAYMENT CENTER | Unsecured | 6,805.99 | NA | NA | 0.00 | 0.00 |
| GREGORY M KARR | Unsecured | 1,647.79 | NA | NA | 0.00 | 0.00 |
| HOMEQ EQUITY SERVICING CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 2,656.91 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,158.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,333.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES INC | Unsecured | 0.00 | 41,094.72 | 41,094.72 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 268.80 | 1,547.00 | 1,547.00 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 2,455.34 | 8,104.30 | 8,104.30 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 262.34 | 4,537.99 | 4,537.99 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 587.38 | 587.38 | 0.00 | 0.00 |
| INNOVATIVE | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 19.19 | 19.19 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,660.34 | 2,660.34 | 2,660.34 | 153.71 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIO | Unsecured | 819.08 | NA | NA | 0.00 | 0.00 |
| LEE AUTO PARTS INC | Unsecured | 5,461.32 | 5,536.66 | 5,536.66 | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 14,353.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 805.87 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,092.33 | 1,082.27 | 1,082.27 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NSF | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Secured | 8,257.33 | 201.50 | 201.50 | 201.50 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,905.19 | 1,979.02 | 1,979.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,395.00 | 1,521.31 | 1,521.31 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,765.12 | 3,765.12 | 3,765.12 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,129.07 | 1,158.68 | 1,158.68 | 0.00 | 0.00 |
| PRO CONSULTING SERVICES INC | Unsecured | 813.24 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,765.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 196.84 | NA | NA | 0.00 | 0.00 |
| RPSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SEARS BKRUPTCY RCVRY MGMT SV | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 648.86 | NA | NA | 0.00 | 0.00 |
| SNAP ON CREDIT | Unsecured | 17,456.59 | 16,832.30 | 16,832.30 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 12,819.09 | 12,819.09 | 12,819.09 | 2,296.88 | 599.24 |
| VERIZON WIRELESS | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| ZURICH/UNIVERSAL UNDERWRITER | Unsecured | 1,115.88 | 912.69 | 912.69 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $33,549.97 | $1,210.97 | $0.00 |
| Debt Secured by Vehicle | $13,020.59 | $2,498.38 | $599.24 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$46,570.56** | **$3,709.35** | **$599.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,764.64 | $153.71 | $0.00 |
| **TOTAL PRIORITY:** | **$10,764.64** | **$153.71** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,631.62** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,607.70 |
| Disbursements to Creditors | $4,462.30 |
| **TOTAL DISBURSEMENTS :** | **$6,070.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/03/2010                                           By: /s/ Glenn Stearns
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**